PS 8
(3/15)

Case 2:23-cr-00050-MKD    ECF No. 39    filed 07/03/24    PageID.121    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.   Anderson, David Matthew   Docket No.   0980 2:23CR00050-MKD-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant David Matthew Anderson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Eckstrom sitting in the court at Spokane, Washington, on the 28th day of May 2024, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana understate law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** David Matthew Anderson is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of cocaine on or about June 7, 2024.

On May 29, 2024, Mr. Anderson was released from custody and entered inpatient substance abuse treatment at American Behavioral Health Systems (ABHS) in Spokane Valley, Washington.

On June 7, 2024, Mr. Anderson submitted to oral fluid drug testing at ABHS. Subsequently, the specimen was sent to Millennium Health (Millennium) for analysis.

On or about June 10, 2024, Millennium confirmed the above-noted oral fluid specimen tested positive for the presence of cocaine.

**Violation #2:** David Matthew Anderson is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of cocaine on or about June 17, 2024.

On June 17, 2024, Mr. Anderson submitted to oral fluid drug testing at American Behavioral Health Systems (ABHS). Subsequently, the specimen was sent to Millennium Health (Millennium) for analysis.

On or about June 26, 2024, Millennium confirmed the above-noted oral fluid specimen tested positive for the presence of cocaine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 3, 2024

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/3/24

Date