# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Anderson, David Matthew | Docket No. | 0980 2:23CR00050-MKD-1 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, David Matthew Anderson, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Eckstrom on the 28th day of May 2024 (ECF No. 30), and by the Honorable U.S. Magistrate Judge James A. Goeke on the 10th day of June 2024 (ECF No. 34), sitting in the Court at Spokane, Washington, under the following conditions:

**Standard Condition #8 (ECF No. 30):** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #4 (ECF No. 30):** Defendant shall abstain totally from the use of alcohol.

**Additional Condition #3 (ECF No. 34):** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 11, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Anderson. Mr. Anderson acknowledged an understanding of the release conditions at that time.

**Violation #1:** David Matthew Anderson is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine every 3 or 4 days from approximately June 20, to July 11, 2025.

On July 14, 2025, Mr. Anderson reported to the U.S. Probation Office and admitted to ingesting methamphetamine every 3 or 4 days between June 20, to July 11, 2025. Subsequently, he signed a substance abuse admission form acknowledging his use of methamphetamine during that time frame.

**Violation #2:** David Matthew Anderson is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting alcohol every 3 to 4 days from approximately June 20, to July 11, 2025.

On July 14, 2025, Mr. Anderson reported to the U.S. Probation Office and admitted to ingesting alcohol every 3 or 4 days between June 20, to July 11, 2025. Subsequently, Mr. Anderson signed a substance abuse admission form acknowledging his use of alcohol during that time frame.

**Violation #3:** David Matthew Anderson is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on June 23, and July 11, 2025.

Re: Anderson, David Matthew
July 15, 2025
Page 2

On July 11, 2024, the undersigned officer referred Mr. Anderson to the phase urinalysis testing program at PHS. Beginning on July 12, 2024, Mr. Anderson was required to call PHS on a daily basis to determine if he was required to submit to random drug testing. Mr. Anderson failed to report as required for random drug testing at PHS on June 23, and July 11, 2025.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  July 15, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_
Signature of Judicial Officer

7/15/2025
Date